IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02067-REB-CBS

ALPHONSO JAY WILLIAM[S],
    Applicant,
v.

ARISTEDES W. ZAVARA[S], Executive Director, and
JOHN SUTHERS, the Attorney General of the State of Colorado,,
    Respondents.

_____

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Williams' Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed August 25, 2009) (doc. # 3). Pursuant to the Order of Reference dated December 30, 2009 (doc. # 14), this civil action was referred to the Magistrate Judge to "[h]ear and determine pretrial matters, as referred" and "[p]rovide a report and recommendation with regard to the petition." After reviewing the Petition and Respondents' Answer (filed January 25, 2010) (doc. # 15), the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1.    The Clerk of the Court for the Denver District Court, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in **People v. Williams**, Denver District Court **Case No. 02CR809**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before March 31,**

**2010**.

      2.      The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to:

> Clerk of the Court, Denver District Court
> Denver City and County Building
> 1437 Bannock St., Room 256
> Denver CO. 80202

DATED at Denver, Colorado, this 9th day of February, 2010.

                                          BY THE COURT:

                                          s/ Craig B. Shaffer
                                          United States Magistrate Judge