**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-02067-REB-CBS

ALPHONSO JAY WILLIAMS,

     Applicant,

v.

ARISTEDES W. ZAVARA[S]]/Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,

     Respondents.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#20][1] filed April 27, 2011.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#20], filed April 27, 2011, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

2. That the **Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#3], filed August 31, 2009, is **DENIED**;

3. That no certificate of appealability will issue because applicant has not made a substantial showing of the denial of a constitutional right;

4. That judgment **SHALL ENTER** on behalf of respondents, Aristedes W. Zavaras, Executive Director (misnamed in the caption as "Aristedes W. Zavara, Excutive Director"), and The Attorney General of the State of Colorado, John Suthers, against applicant, Alphonso Jay Williams (misnamed in the caption as "Alphonso Jay William"), as to all remaining claims for relief and causes of action asserted herein; provided, furthermore, that the judgment **SHALL BE WITH PREJUDICE**; and

5. That this civil action is **DISMISSED WITH PREJUDICE**.

Dated June 14, 2011, at Denver, Colorado.

                                               **BY THE COURT:**

Robert E. Blackburn
United States District Judge